Robert **DEMURO,** Plaintiff—Appellant,

v.

Will **SESSOMS,** Mayor of Virginia; Commissioner of Virginia Correctional Center; Sheriff Ken Stoley, Overseeing V.B.C.C.; Deputy Diggs, overseeing cell classifications, Defendants–Appellees.

No. 15–6570.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 14, 2015.

Decided: Oct. 13, 2015.

Robert Demuro, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Demuro appeals the district court's order dismissing this action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Demuro v. Sessoms,* No. 2:14–cv–00158–MSD–LRL (E.D.Va. Apr. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*